IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Vivian Janet Bowman, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv702 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Hamilton County Department of Jobs and | |
| Family Services, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 9, 2014 a Report and Recommendation (Doc. 4). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

Accordingly, this Court lacks jurisdiction over the construed complaint and because plaintiff fails to state a claim against either defendant, it is **ORDERED** that this case is hereby **DISMISSED** with prejudice and **TERMINATED** pursuant to 28 U.S.C. §1915(e).

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court